# United States Court of Appeals for the Federal Circuit

---

January 23, 2024

**ERRATA**

---

Appeal No. 2022-2249

**JASON LAMBRO, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

Decided:  January 22, 2024
Precedential Opinion

---

Please make the following changes:

On page 2, line 19 change "would bring" to "brought"
On page 2, line 20, change "were" to "are"
On page 4, line 33, add a period after "350–51"
On page 4, line 34, change "was" to "is"
On page 5, line 6, delete "first"
On page 9, line 32, change "thus, even" to "Even"
On page 10, lines 14–15, change "by the federal government" to "for a covered federal agency"
On page 11, line 13, delete the comma after "*generally*"